UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARD GLADYSHEV; NYCHA CORP,

              Plaintiff,

-against-

JOSEPHINA SHEA; JOHN DOE;
BRANDPROTECTION.ORG,

              Defendants.

20-CV-4085 (LLS)

CIVIL JUDGMENT

    By order issued July 28, 2020, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff thirty days' leave to file an amended complaint. The Court directed Plaintiff to (1) amend his complaint to allege any facts that state a claim upon which relief may be granted; and (2) demonstrate that (a) venue is proper in this Court, and (b) this Court has personal jurisdiction over Defendants. Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated:    October 2, 2020
           New York, New York

                                                    Louis L. Stanton
                                                    U.S.D.J.

---

[1] Plaintiff consents to receive electronic service of notices and documents in this case. (ECF No. 2.)